**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
ASTRAZENECA AB and ASTRAZENECA : 
PHARMACEUTICALS LP, : 
: 
      Plaintiffs, :   Civil Action No. 1:18-cv-01685-CFC
: 
      v. : 
: 
TEVA PHARMACEUTICALS USA, INC. and : 
CATALENT PHARMA SOLUTIONS, LLC, : 
: 
      Defendants. : 
---------------------------------------------------------------X

**CONSENT JUDGMENT**

      AstraZeneca AB and AstraZeneca Pharmaceuticals LP (hereinafter collectively, "AstraZeneca"), Teva Pharmaceuticals USA, Inc. (hereinafter, "Teva") and Catalent Pharma Solutions, LLC (hereinafter, "Catalent"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

      IT IS this ___ day of December, 2019:

      ORDERED, ADJUDGED AND DECREED as follows:

      1.    This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Teva and Catalent, including any of their respective Affiliates[1], successors and assigns, are enjoined from infringing United States Patent Numbers 7,759,328, 8,143,239, 8,575,137, 7,967,011, and 10,166,247, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 212212 (and defined in greater detail in the Settlement Agreement).

3. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

4. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

5. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

---

[1] For purposes of this Consent Judgment, "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Teva or Catalent (as applicable); for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

DATED: December 3, 2019

| McCARTER & ENGLISH LLP | SHAW KELLER LLP |
|---|---|
| /s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>Christopher N. Sipes<br>Gary M. Rubman<br>Matthew Kudzin<br>Douglas A. Behrens<br>Anna Q. Han<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth St. NW<br>Washington, DC 20001<br>(202) 662-6000<br><br>*Attorneys for AstraZeneca AB and AstraZeneca Pharmaceuticals LP* | /s/ Karen E. Keller<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br><br>Daryl L. Wiesen<br>Natasha E. Daughtrey<br>Nicholas K. Mitrokostas<br>Tyler Doh, PhD.<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>*Attorneys for Teva Pharmaceuticals USA, Inc. and Catalent Pharma Solutions, LLC* |

**SO ORDERED**, this _____ day of _____, 2019.

_____
Colm F. Connolly, U.S.D.J.